IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDDY MARTINEZ** <br> 5810 South Kenneth Ave. <br> Chicago, IL 60629 <br><br> **Plaintiff,** <br><br> v. <br><br> **U.S. DEPARTMENT OF JUSTICE** <br> 950 Pennsylvania Avenue, NW <br> Washington, D.C. 20530, <br><br> **FEDERAL BUREAU OF INVESTIGATION,** <br> 935 Pennsylvania Avenue, NW <br> Washington, D.C. 20535 <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1. Plaintiff, FREDDY MARTINEZ, brings this Freedom of Information Act suit to force Defendants U.S. DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION to produce records showing the extent of threats against Congresswomen Rashida Tlaib, Ilhan Omar, Ayanna Pressley, and Alexandria Ocasio-Cortez. In violation of FOIA, Defendants have failed to comply with FOIA.

## PARTIES

2. Plaintiff FREDDY MARTINEZ is a member of the media and made the FOIA request at issue in this case.

3. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant FEDERAL BUREAU OF INVESTIGATION ("FBI") is a component of DOJ and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## APRIL 8, 2019, FOIA REQUEST

7. On April 8, 2019, MARTINEZ submitted a single FOIA request to FBI seeking: [1] "Any and all records related to open and closed investigations on the following congresswomen: Rashida Tlaib, Ilhan Omar, Ayanna Pressley, [and] Alexandria Ocasio-Cortez"; [2] "Any documents sufficient to show the number of threats understood by or investigated by the FBI to these Congresswomen"; and [3] "If available, the nature of the threats investigated by the FBI (i.e. the context of threats investigated by the FBI) in coordination with the Capitol Police." Exhibit A.

8. On April 15, 2019, FBI split MARTINEZ's request into four requests and assigned the following reference numbers: Rashida Tlaib NFP-106136; Ilhan Omar NFP-106154; Ayanna Pressley NFP-106155; and Alexandria Ocasio-Cortez NFP-106156. Exhibit B.

9. In the set of letters, FBI claimed that "the FOIA does not require federal agencies to answer inquiries, create records, conduct research, or draw conclusions concerning queried data" and stated that the "questions posed in the reference letter are not FOIA requests because they do not comply with the FOIA and its regulations" and "administratively closed" the request. Exhibit B.

10. On April 19, 2019, MARTINEZ submitted a single appeal for all four matters FBI denied, as his initial request "did not ask the FBI for questions but asked for 'documents sufficient to show the number of threats understood by or investigated by the FBI to these Congresswomen.'" Exhibit C.

11. On April 30, 2019, FBI confirmed receipt of the appeal and assigned reference number DOJ-AP-2019-004303 that encompasses the entire request, which FBI had split into four separate requests. Exhibit C.

12. On July 8, 2019, FBI affirmed MARTINEZ's appeal and remanded the request to the FBI for further processing. Exhibit D.

13. On August 9, 2019, FBI informed MARTINEZ that they have "opened [his] remanded appeal and will inform [him] of the results in future correspondence" regarding records for threats made to Congresswoman Alexandria Ocasio-Cortez. FBI assigned a new and separate reference number to the matter: DOJ-AP-2019-004304. Exhibit E.

14. On August 14, 2019, FBI informed Martinez that they have "opened [his] remanded appeal and will inform [him] of the results in future correspondence" regarding records for threats made to Congresswoman Ilhan Abdullahi Omar. FBI assigned the reference number DOJ-AP-2019-004304, the same number assigned to the request regarding Congresswoman Alexandria Ocasio-Cortez. The Exhibit F.

15. On September 19, 2019, upon MARTINEZ's request for an update regarding the remanding of DOJ-AP-2019-004303, FBI responded that the request is in "Initial Processing." Exhibit G.

16. On October 1, 2019, FBI informed MARTINEZ that they were unable to identify records responsive to his request regarding Congresswoman Ayanna Soyini Pressley. Instead of

using the previously assigned reference numbers, FBI assigned a new reference number to the matter: 1443868-000.  FBI did not include any appeal reference number in the response. Exhibit H.

17.  On October 17, 2019, MARTINEZ submitted an appeal for 1443868-000. Exhibit I.

18.  On November 1, 2019, FBI acknowledged receipt of the appeal and assigned yet another reference number DOJ-AP-2020-000600 to the matter.  Exhibit I.

19.  On November 27, 2019, FBI denied MARTINEZ's appeal regarding DOJ-AP-2020-000600.  Exhibit J.

20.  On December 11, 2019, FBI produced some records responsive to the request regarding Congresswoman Rashida Tlaib.  Unbeknownst to MARTINEZ, FBI had assigned reference number DOJ-AP-2019-004304 to the matter as well.  Exhibit K.

21.  As of the date of this filing, FBI has not conducted an adequate search and has not produced all records responsive to the request.

## COUNT I – DOJ'S FOIA VIOLATION

22.  The above paragraphs are incorporated herein.

23.  FBI is a component of DOJ and is subject to FOIA.

24.  The requested records are not exempt under FOIA.

25.  FBI has refused to produce the requested materials in a timely manner.

**WHEREFORE**, MARTINEZ asks the Court to:

i.  declare that Defendants have violated FOIA;

ii.  order Defendants to conduct a reasonable search for records and to produce the requested records;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award MARTINEZ attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: January 30, 2020

RESPECTFULLY SUBMITTED,

/s/ *Joshua Hart Burday*

Attorney for Plaintiff
FREDDY MARTINEZ

Matthew Topic, D.C. Bar No. IL0037
Joshua Burday, D.C. Bar No. IL0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com